IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JACQUELINE L OMARI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JANET A NAPOLITANO, *Secretary Department of Homeland Security*, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§  Civil Action No. 3:11-cv-1375-O<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**SO ORDERED** on this **13th day** of **February, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**